

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 1 5 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: *3 : 14-cr-00013-0* |
| | * | |
| | * | **18 U.S.C. § 2251** |
| | * | (Production of Child Pornography) |
| VERSUS | * | **18 U.S.C. § 2253** |
| | * | (Criminal Forfeiture) |
| | * | |
| | * | **JUDGE JAMES** |
| CHRISTOPHER NIXON | * | MAGISTRATE JUDGE HAYES |

## <u>INDICTMENT</u>

THE GRAND JURY CHARGES:

Between on or about February 1, 2012, and on or about March 30, 2012, in the Western District of Louisiana and elsewhere, the defendant, CHRISTOPHER NIXON, did use, persuade, entice, and coerce a male under the age of eighteen to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and in doing so, did use materials that had been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means.

All in violation of Title 18 United States Code Section 2251(a) . [18 U.S.C. § 2251(a)].

## CRIMINAL FORFEITURE

1. The allegations contained in COUNT ONE are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of the commission of the violation charged in COUNT ONE of the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of defendant's interest in:

a. Any visual depiction described in Title 18, United States Code, Section 2251, 2252 or 2252A of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110.

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, which includes, but not limited to, a cellular phone, to wit: an Apple I-Phone, Black in color, Model: A1387, EMC 2430, FCC ID: BCG-E2430A, IC: 579C-E2430A.

2

3.   If any of the property described above, as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property, which cannot be divided without difficulty,

the United States of America may, pursuant to Title 18, United States Code, Section 2253(o), seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

REDACTED

STEPHANIE A. FINLEY
United States Attorney

MARY J. MUDRICK
Assistant United States Attorney
Criminal Chief-Shreveport
300 Fannin Street, Suite 3201
Shreveport, LA    71101
(318) 676-3600

EARL M. CAMPBELL, #25957
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana   71101
(318) 676-3600

3